**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

JACOB SULLINGER (# K3210)　　　　　　　　　　　　　　　　　　　　PETITIONER

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 2:08CV47-P-A

LEPHER JENKINGS, ET AL.　　　　　　　　　　　　　　　　　　　　RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 11th day of June, 2009.

　　　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE